UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| SHANETA D. PATTERSON, | : BANKRUPTCY NO. 25-11617-djb |
|     Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : L.B.R. 9014-3 |
|     Movant | : |
| | : HEARING: **OCTOBER 9, 2025** |
| vs. | :     **at 11:00 a.m.** |
| | : Robert N.C. Nix Sr. Federal Courthouse |
| SHANETA D. PATTERSON and | : 900 Market Street, 2nd Floor |
| KENNETH E. WEST, Trustee | : Philadelphia, PA  19107 |
|     Respondents | : |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE DEREK J. BAKER, U. S. BANKRUPTCY JUDGE:

    AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

    1.    That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

    2.    Movant, Pennsylvania Housing Finance Agency, is a company with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

    3.    Respondent, Shaneta D. Patterson is an adult individual whose last known address is 159 Blackburn Avenue, Lansdowne, PA 19050.

    4.    Respondent, Kenneth E. West, is the Trustee duly appointed in the above case with a place of business at 1234 Market Street, Suite 1813, Philadelphia, PA 19107.

5.     On or about September 29, 2021, Respondent executed and delivered a Mortgage Note in the sum of $128,040.00 payable to Huntingdon Valley Bank, which Note is attached hereto and marked Exhibit "A".

6.     Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Respondent made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which was recorded on October 16, 2021 in the Philadelphia County Recorder of Deeds Office at Instrument #2021079560 conveying to original Mortgagee the subject premises. The Mortgage was assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded on October 27, 2021 at Instrument #2021082442 in the aforesaid County and Commonwealth. The said Mortgage and Assignment are incorporated herein by reference.

7.     The land subject to the Mortgage is known and numbered as 159 Blackburn Avenue, Lansdowne, PA 19050.

8.     The balance owed Movant is approximately $142,000.00.

9.     Other liens against the property: Unknown.

10.    The value of the real estate is believed to be approximately $160,000.

11.    Debtor has failed to make four (4) postpetition payments to Movant in the amount of $1,161.23 each, totaling $4,644.92, with $1,076.15 in suspense.

12.    Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By: /s/Leon P. Haller
Leon P. Haller
Attorney for Movant
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
lhaller@pkh.com

Dated: September 12, 2025